**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 25-cv-26037-DPG**

**YANSIER NODARSE PEREIRA,**

    **Petitioner,**

**v.**

**PAM BONDI, et al.,**

    **Respondents**.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Motion to Withdraw as Counsel of Record (the "Motion"). [ECF No. 14]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1.    The Motion is **GRANTED**.

2.    Alessandro Diaz-Barandiaran is permitted to withdraw as Petitioner's counsel of record in this action.

3.    All documents, correspondence, pleadings, motions, and other filings shall be served on Petitioner's last known address at Krome North Service Processing Center Detention Facility, 18201 SW 12th St., Miami, FL 33194.

4.    Within **two (2) days** of the entry of this Order, Alessandro Diaz-Barandiaran shall provide a copy of this Order to Petitioner Yansier Nodarse Pereira.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of May, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE